IN THE UNITED STATES DISTRICT COURT
DISTRICT OF NEW MEXICO

ANTHONY PEREZ and CYNDEE PEREZ,

    Plaintiffs,

v.                                                                    CIV 15-01105 LH/LF

ALLSTATE INSURANCE CORPORATION,
a Delaware corporation,

    Defendant.

**ORDER OF DISMISSAL**

THIS MATTER, having come before the Court upon Allstate Insurance Company's Motion to Dismiss with Prejudice all claims that were set forth or which could have been set forth against Defendant Allstate Insurance Company, and the Court having considered said Motion, and being otherwise fully advised in the premises, finds that the Motion is well taken and should be granted.

IT IS THEREFORE ORDERED, that all claims against Allstate Insurance Company which were set forth in the Complaint, or which could have been set forth in the Complaint are hereby dismissed with prejudice.

IT IS FURTHER ORDERED that each party be responsible for their own costs and attorneys' fees.

_____
SENIOR UNITED STATES DISTRICT JUDGE

APPROVED:

/s/ C. Brian James
C. Brian James

/s/ Stephen M. Simone
Stephen M. Simone

/a/ Ann L. Keith
Ann L. Keith